UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD L. EATON,

    Plaintiff,

v.

                                            CASE NO. 1:10-CV-714

COMMISSIONER OF SOCIAL
SECURITY,

                                            HON. ROBERT J. JONKER

    Defendant.

_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (docket # 13). The Report and Recommendation was duly served on the parties on June 6, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 6, 2011, is approved and adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:    July 1, 2011                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE